STANLEY SKIDMORE, Respondent, *v.* SOL A. ROSENBLATT et al., Appellants.

Submitted February 24, 1941; decided March 4, **1941.**

*Joseph Haskell* for motion.
*William B. Shelton* opposed.

Motion denied, without costs.